DIANE C. WEIL
STATE BAR NUMBER 102922
16000 VENTURA BOULEVARD, SUITE 1000
ENCINO, CALIFORNIA 91436
TELEPHONE: (818) 788-8074
FACSIMILE: (818) 788-8097
EMAIL: dcw@dcweillaw.com

Chapter 7 Trustee

FILED & ENTERED

DEC 14 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Cetulio DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>IGOR AND ZOYA KREYCHMAN,<br><br>Debtors. | **CASE NO.**: 1:15-bk-11077-MT<br><br>**CHAPTER 7**<br><br>**ORDER ON TRUSTEE'S MOTION TO DISMISS CHAPTER 7 CASE**<br><br>**Date:** September 28, 2016<br>**Time:** 11:00 a.m.<br>**Place:** Courtroom 302<br>United States Bankruptcy Court<br>21041 Burbank Boulevard<br>Woodland Hills, California 91367 |

The matter of the *Trustee's Motion to Dismiss Chapter 7 Case and Vacate Discharge for Failure to Produce Requested Information* (the "Motion") [Docket No. 91] came on regularly for hearing before the undersigned United States Bankruptcy Judge on September 28, 2016. Diane C. Weil, the Chapter 7 Trustee, appeared on her own behalf. Stephen L. Burton appeared on behalf of Debtors Igor and Zoya Kreychman.

The Court having read and considered the Trustee's Motion, the opposition thereto filed on behalf of the Debtors, and the Trustee's reply, and having heard the arguments of counsel, has found that the fact that Debtors' counsel did not file the pleadings required to be filed upon conversion of the case and following the 341(a) Meeting until two days prior to the hearing on the Trustee's Motion did not warrant the Debtors' loss of their discharge. Therefore, the Trustee's Motion shall be and hereby is

DENIED.

# # #

Date: December 14, 2016

Maureen A. Tighe
United States Bankruptcy Judge